## (June 19, 1967)

In the Matter of IRVING LANE (Admitted as ISIDORE LANE), an Attorney, Respondent. SOLOMON A. KLEIN, Petitioner.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.